DANIEL G. BOGDEN
United States Attorney
BRADLEY GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs | ) |
| PROPERTY KNOWN AS 9350 NIGHT MESA STREET LAS VEGAS, NEVADA CITY OF LAS VEGAS COUNTY OF CLARK STATE OF NEVADA | ) 2:11-mj-515-PAL |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.

3
4  DATED this 5th day of June, 2012.

5
6  Respectfully submitted,
7  DANIEL G. BOGDEN
   United States Attorney
8
9
10  BRADLEY GILES
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs ) <br> ) <br> PROPERTY KNOWN AS ) <br> 9350 NIGHT MESA STREET ) <br> LAS VEGAS, NEVADA ) <br> CITY OF LAS VEGAS ) <br> COUNTY OF CLARK ) <br> STATE OF NEVADA ) <br> _____ ) | 2:11-mj-515-PAL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this 8th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

3